the Ballot for the General Election to Be Held on November 4, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER, Appellant.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of ROBERT J. CREWS, Individually and on Behalf of the Other Candidates Hereinafter Named, Appellant, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, for an Order Dismissing the Objections to the Nominating Petitions of MATTHEW J. TROY, for the Office of President of the Borough of Brooklyn; CARMINE A. VENTIERA, for the Office of Register, Kings County; ROBERT J. CREWS, for the Office of Sheriff, Kings County; BENJAMIN BRENNER and ABNER C. SURPLESS, for the Office of Judges of the County Court, Kings County, and WILLIAM STANLEY MILLER, for the Office of Surrogate, Kings County, on the United City Party Ticket, and for an Order Placing the Names of Said Candidates on the Voting Machines in the Places Designated for the Said Office, and NEIL M. LEIBLICH, Objector, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse on the authority of *Matter of Garside* v. *Cohen* (265 N. Y. 606).

In the Matter of the Application of FREDERICK GARDENER and MALVERN H. CUNNINGHAM, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections in the City of New York with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate PATRICK J. BEARY as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void, and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. HOWARD COHEN and Others, Commissioners of Election, Constituting the Board of Elections of the City of New York, and PATRICK J. BEARY, Respondents.— Order modified on the law and the facts by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of FREDERICK GARDENER and MALVERN H. CUNNINGHAM, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections of the City of New York, with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate RICHARD H. NAPPI as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. HOWARD COHEN and Others, Commissioners of Election Constituting the Board of Elections in the City of New York, and RICHARD H. NAPPI, Respondents.— Order modified on the law and the facts by striking out the provision for costs; and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of LOUIS P. GOLDBERG, ANDREW R. ARMSTRONG and SALVATORE T. DEMATTEO, Individually and as Candidates of the

American Labor Party for the Public Office of Member of the City Council of the City of New York, Appellants. S. HOWARD COHEN and Others, as Commissioners of Elections for the City of New York, Constituting the Board of Elections of the City of New York, Respondents; DANIEL ALLEN, Intervenor.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of WILLIAM J. GOODWIN, Appellant, for an Order Pursuant to Article 14 and Sections 330 and 335 of the Election Law and Other Sections Pertinent Thereto. S. HOWARD COHEN and Others, Commissioners of Elections of the City of New York, Constituting the Board of Elections of the City of New York, and HAROLD HAYNES, Objector Herein, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of NEIL M. LIEBLICH, Petitioner, Respondent, for an Order Restraining S. HOWARD COHEN, as President of the Board of Elections in the City of New York, and JACOB A. LIVINGSTON and Others, Constituting the Board of Elections in the City of New York, Respondents, from Placing upon the Voting Machines to Be Used at the General Election on the 4th Day of November, 1941, in and for the Borough of Brooklyn and the County of Kings in the City of New York the Names of MATTHEW J. TROY, as Candidate for Borough President for the Borough of Brooklyn; WILLIAM STANLEY MILLER, as Candidate for Surrogate of the County of Kings; ABNER C. SURPLESS, JACOB A. FREEDMAN and BENJAMIN BRENNER, as Candidates for Judge of the County Court of the County of Kings; ROBERT J. CREWS, as Candidate for Sheriff of the County of Kings, and CARMINE A. VENTIERA, as Candidate for Register of the County of Kings, under the Name or Designation United City Party, or with the Emblem of a Bridge. MATTHEW J. TROY and Others, Appellants.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse on the authority of *Matter of Garside* v. *Cohen* (265 N. Y. 606).

In the Matter of the Application of JOSEPH M. LONERGAN, Appellant, for an Order to Invalidate and Declare Null and Void Nominating Petition Filed with the Board of Elections of the City of New York, Designating JOHN M. LONDERGAN, as Candidate for the Position of Councilman of the City of New York, in the Borough of Queens and to Restrain the Board of Elections from Certifying Him and Printing His Name on the Ballot for November 4th, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and JOHN M. LONDERGAN, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of PETER J. McGUINNESS, JAMES V. MANGANO, LOUIS GOLDSTEIN, FRANKLIN TAYLOR, FRANCIS D. McGAREY and JOHN CASHMORE, Appellants, for an Order Directing S. HOWARD COHEN, as President of the Board of Elections of the City of New York, and JACOB A. LIVINGSTON and Others, Constituting the Board of Elections in the City of New York, Respondents, to Declare Invalid a Certain Document Purporting to Be an Independent Nominating Petition Filed for or on Behalf of the United City Party, Containing the Names of MATTHEW J. TROY, as Candidate for Borough President of the Borough of Brooklyn; WILLIAM STANLEY MILLER, as Candidate for Surrogate of the County of Kings; ABNER C. SURPLESS, JACOB A. FREEDMAN and BENJAMIN